**FILED**

JUN 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 7:05-cr-135 RS |
| Plaintiff, | **TRIAL SCHEDULING ORDER** |
| v. | |
| DANA B. FORSBERG, | |
| Defendant. | |

On June 27, 2005, the Court conducted a telephonic scheduling conference with counsel in the above-entitled action. Based on that conference, trial shall commence on August 29, 2005 at 10:00 a.m. Trial shall be held on August 29 and 30, 2005, from 10:00 a.m. until 4:30 p.m. If defendant wishes to waive his right to a jury trial, he must do so in writing, pursuant to the requirements set forth in Fed. R. Crim. Proc. 23(a). The Court will conduct a telephonic pre-trial conference with counsel on August 25, 2005 at 2:30 p.m. In addition, the Court excludes the time from June 6, 2005 until June 26, 2005, under the Speedy Trial Act, for purposes of continuity of counsel. 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

Dated: 6/28/05

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert B. Nelson     robert.nelson@monterey.army.mil

michael.bruun@monterey.army.mil

Dated: 6/28/05

Richard W. Wieking, Clerk

By: _____
Chambers